**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HARRY SCOTT,

    Plaintiff,

v.                                        Case No. 14-cv-12385

KIM WORTHY,

    Defendants.

_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion to Dismiss and Denying Motion to Strike" dated October 30, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered against Plaintiff Harry Scott and in favor of Defendant Kim Worthy.

Dated at Detroit, Michigan, this 30th day of October 2014.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT

                                                    s/ Lisa Wagner
                                            By:  Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland